FILED '09 MAY 26 12:36 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

           **Plaintiff,**

        **v.**                            **CR 92-330-01-HO**

WILLIE DAVID APPLEWHITE,

           **Defendant.**

---

## ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND NO REIMPOSITION OF SUPERVISED RELEASE TERM

On March 25, 1993 defendant appeared before The Honorable Robert E. Jones, sitting in the court at Portland, Oregon, who fixed the period of supervision at 3 years, and imposed standard and special terms and conditions. The term of supervised release commenced on October 26, 2007.

On March 27, 2008 this court issued a petition for warrant and order to show cause why the term of supervised release previously granted should not be revoked based on the

**ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE, NO REIMPOSITION OF SUPERVISED RELEASE TERM**

probation officer's allegations that defendant violated the conditions of release.

On May 19, 2009 defendant appeared before The Honorable Michael R. Hogan and admitted violation of conditions of supervised release by committing a new law violation (Bank Robbery).

IT APPEARS TO THE COURT that the defendant is no longer amenable for supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, sentence to be served consecutive to the sentence imposed in CR 08-60037-HO-1. It is further ordered that there will be no reimposed term of supervised release.

IT IS FURTHER ORDERED that the clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer, and the copy serve as the commitment of the defendant.

Dated: May 24, 2009.

MICHAEL R. HOGAN
United States District Judge

cc:    Probation Office
       Counsel of Record

**ORDER  REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE, NO REIMPOSITION OF SUPERVISED RELEASE TERM**